AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kerrigan, Kathleen M. | United States Tax Court | 5/02/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Tax Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Tax Court
400 Second Street N.W.
Washington, DC 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust #1 (Not a beneficaary) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Baker & Hostetler LLP 401(k) and 401(a) plan with former law f irm (Repported in Part VII) All in one account managed by Fidelity and allowed to select from |
| 2. | | certain investments. Also, have option of rolling over into an IRA. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 5/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/2017 | NSP Partnership distributed less than $5,000. This partnership sold all its assets last year and there was some residual income distributed from the |
| 2. | | partnership. |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 5/02/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 5/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Roth Contributory IRA | | | | | | | | | |
| 2. - Janus Fund | A | Dividend | K | T | | | | | |
| 3. Schwab IRA Rollover | | | | | | | | | |
| 4. - Schwab Cash Reserves | A | Int./Div. | M | T | | | | | |
| 5. -PONDX Pimco | A | Int./Div. | J | T | | | | | |
| 6. -LISOX Lazard | A | Int./Div. | J | T | | | | | |
| 7. - SFLNX Schwab Fundamental large | A | Int./Div. | J | T | | | | | |
| 8. - SFSNX Schwab Fundamental small | A | Int./Div. | J | T | | | | | |
| 9. Schwab One Account #1 (H) | | | | | | | | | |
| 10. Janus Fund | A | Dividend | L | T | | | | | |
| 11. Baker & Hostetler retirement account | | | | | | | | | |
| 12. - Fid Growth Co K | B | Int./Div. | K | T | | | | | |
| 13. -MetWest Tot Rtn Bd 1 | A | Int./Div. | | | Sold | 12/01/17 | J | | |
| 14. -MerWest Tot Rtn BD P | A | Int./Div. | J | T | Buy | 12/01/17 | J | | |
| 15. Fid. 500 Index | B | Int./Div. | M | T | | | | | |
| 16. - Baker & Hostetler Composite Fund | | None | K | T | | | | | |
| 17. - WFA Govt Securities | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Muni account (H) | | | | | | | | | |
| 19. Austin Tex Wtr & WA 5%22 | B | Interest | | | Sold | 09/15/17 | K | B | |
| 20. Califonia Healath 5%27 | C | Interest | K | T | Buy | 04/27/17 | K | | |
| 21. California ST GO 5%26 | B | Interest | K | T | Buy | 03/10/17 | K | | |
| 22. Central Florida 5%28 | A | Interest | K | T | | | | | |
| 23. Fairfax County 5%22 | A | Interest | | | Sold | 04/21/17 | K | B | |
| 24. Fairfax County 5%24 | A | Interest | K | T | | | | | |
| 25. Fairfax Cnty VA SWR 5%31 | B | Interest | K | T | | | | | |
| 26. Henrio County VA 5%27 | B | Interest | L | T | | | | | |
| 27. Lower Col River 5%21 | A | Interest | | | Sold | 03/20/17 | K | A | |
| 28. Mass St. 5.25%24 | B | Interest | K | T | | | | | |
| 29. Hampton Road | B | Interest | K | T | | | | | |
| 30. Met T Auth NY Rev 5%24 | B | Interest | K | T | | | | | |
| 31. Met T Auth NY Rev 5%28 (x) | B | Interest | K | T | | | | | |
| 32. Miami-Dade CNTY FLA 5%/22 | B | Interest | | | Sold | 09/06/17 | K | B | |
| 33. Michigan St Hosp. Fl 5%25 | B | Interest | K | T | | | | | |
| 34. Michigan ST Trun 5.25%21 | A | Interest | | | Sold | 03/07/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 5/02/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MN ST GEN FD 5%26 | B | Interest | K | T | | | | | |
| 36. New Jersey Turnpike 5%30 TPK | B | Interest | K | T | | | | | |
| 37. Ney York NY 5%22 | B | Interest | | | Sold | 09/18/17 | K | B | |
| 38. New York St Dorm 5%/25 | B | Interest | K | T | | | | | |
| 39. New York St Dorm 5%23 | B | Interest | K | T | | | | | |
| 40. Norfolk VA Wtr Rev 5%23 | B | Interest | K | T | | | | | |
| 41. Ohio ST Water 5%29 | B | Interest | K | T | Buy | 03/23/17 | L | | |
| 42. San Antonio Tx El,ec 5%23 | B | Interest | K | T | | | | | |
| 43. Seattle WA LT PW 5%29 | B | Interest | L | T | Buy | 09/14/17 | K | | |
| 44. South Carollina Trans infra 5%21 | A | Interest | | | Sold | 03/02/17 | K | B | |
| 45. Univ CA 5%/25% | B | Interest | K | T | | | | | |
| 46. Virginal College BL 5%28 | | None | K | T | Buy | 09/28/17 | K | | |
| 47. Virginia Commonwealth TR 5%24 | B | Interest | | | Sold | 12/11/17 | K | B | |
| 48. Virginia Commonwealth TR 5%25 | | None | K | T | Buy | 11/22/17 | K | | |
| 49. Virginia St. PUB Bldg 5%24 | A | Interest | K | T | | | | | |
| 50. Virginia ST RES AUT 5%20 | A | Interest | | | Sold | 08/02/17 | K | A | |
| 51. Virginia ST RES Aut 5%21 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 5/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Virginia ST RES Aut 5%26 | B | Interest | L | T | | | | | |
| 53. Virginina St Res Auth 5%/25 | B | Interest | K | T | | | | | |
| 54. Virginia St. Water Auth 5%/24 | A | Interest | K | T | | | | | |
| 55. Vrrginia Res 'Auth 5%24 | A | Interest | J | T | Sold (part) | 01/30/17 | J | | |
| 56. Virginia State Pub School 5%22 | B | Interest | | | Sold | 09/15/17 | K | | |
| 57. Univeristy of MI 5%32 | B | Interest | L | T | Buy | 09/21/17 | L | | |
| 58. Schwab 1 Account # 2 (H) | | | | | | | | | |
| 59. JP Morgan Chase common stock | A | Dividend | K | T | | | | | |
| 60. Walgreen Company common stock | A | Dividend | K | T | | | | | |
| 61. Schwab Cash Reserves | B | Dividend | L | T | | | | | |
| 62. Matthews India Fund | A | Dividend | L | T | | | | | |
| 63. Schwab Total Stock Mkt | D | Dividend | N | T | | | | | |
| 64. Vanguard Value Index | D | Dividend | N | T | | | | | |
| 65. Yacktman Fund | D | Dividend | O | T | | | | | |
| 66. SCHW INTL EQ ETF | B | Dividend | L | T | | | | | |
| 67. Schwab Rollover IRA #2 | | | | | | | | | |
| 68. - Templeton Dragon Fund | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 5/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - PIMCO Total Return Fund | C | Int./Div. | M | T | | | | | |
| 70.   - Blackrock Latin America | A | Int./Div. | J | T | | | | | |
| 71.   - Matthews India Fund | A | Int./Div. | L | T | | | | | |
| 72.   - Schwab Total Stock MKT | D | Int./Div. | O | T | | | | | |
| 73.   Scwab Cash Reserves | D | Int./Div. | K | T | | | | | |
| 74.   - SCW INTL EQ ETF | C | Int./Div. | M | T | | | | | |
| 75.   - Yacktman Fund | A | Int./Div. | K | T | | | | | |
| 76.   Schwab S&P 500 | B | Int./Div. | L | T | | | | | |
| 77.   Bank of America Series of accounts | A | Interest | M | T | | | | | |
| 78.   American Express Savings Account | G | Interest | N | T | | | | | |
| 79.   Capittall One Savings Account (2 accounts) | D | Interest | P1 | T | | | | | |
| 80.   Discover Bank Savings Account | B | Interest | M | T | | | | | |
| 81.   EDSC Limited Partnership | D | Rent | O | W | | | | | |
| 82. | E | Interest | | | | | | | |
| 83.   VSSC Limited Partnership | E | Rent | M | W | | | | | |
| 84. | A | Interest | | | | | | | |
| 85.   THSC Limited Partnership | E | Rent | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 5/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Interest | | | | | | | |
| 87. Falstaff Center LLP | | None | L | W | | | | | |
| 88. PHSA Medical Center LLC | E | Rent | N | W | | | | | |
| 89. | A | Interest | | | | | | | |
| 90. Valley Ranch Investors LLC | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 5/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VI, Investments and Trusts, line 76 Schwab S&P 500 was spelled incorrectly as Scwag on last year's report.

In Part VII. Investments and Trusts, lines 81 ,83, 85 ,88, and 90 are all limited partnership investments in real estate. Line 87, Fallstaff is residual interest in a real estate partnership. For the limited partniership interests reproted on lines 81, 85, and 88 there is also a loan to the paratnership. The value of the loan is included in the value of the asset and any interest paid on the loan has been reported.

In Part VII Investments and Trusts, lines 19-57 are tax exempt bonds in a Schwab account mannaged by GW&K investment management Line 31 Met Auth NY Rev 5%/28 was inadvertently not reported last year as being purchased. Last year's report included the Met T Auth NY 5%/24 purchase.

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 5/02/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen M. Kerrigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544